## DIAMOND v. LOUISIANA.

No. 100.   Argued February 20, 1964.—Decided February 24, 1964.

*James M. Nabrit III* argued the cause for petitioner. With him on the brief were *Jack Greenberg, Wiley A. Branton* and *Johnnie A. Jones.*

*Ralph L. Roy* argued the cause for respondent.   With him on the brief was *Jack P. F. Gremillion,* Attorney General of Louisiana.

PER CURIAM.

·The writ of certiorari is dismissed as improvidently granted.